IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Pacific Capro Industries d/b/a Capro Industries, | CIVIL ACTION NO: 4:08-CV-04155-RBH |
| Plaintiff, | |
| vs. | |
| Global Advantage Distribution Warehouse, LLC d/b/a Global Advantage Distribution Warehouse, Inc., Global Advantage Distribution, Inc., Global Advantage Holding, LLC, Matthew J. Crawley, Kevin C. Snow, and Eric C. Gibson, | **MOTION TO BE RELIEVED AS COUNSEL** |
| Defendants. | |

The undersigned hereby move for an order relieving the undersigned and Turner, Padget, Graham, & Laney, P.A. ("Counsel") as counsel for Defendants Kevin C. Snow and Eric C. Gibson in this matter. The grounds for this Motion are that Counsel, Kevin C. Snow, and Eric C. Gibson have reached an irreconcilable impasse as to their attorney-client relations. Counsel believe that it is in the best interest of the Kevin C. Snow, Eric C. Gibson, and Counsel for Counsel to cease its representation in this matter, and that good cause exists. Counsel has timely moved to be relieved and Kevin C. Snow and Eric C. Gibson have ample opportunity to substitute alternative representation.

Kevin C. Snow and Eric C. Gibson have confirmed that they desire to relieve Counsel and they are planning to retain substitute counsel. Kevin C. Snow and Eric C. Gibson have confirmed that they consent to Counsel's withdrawal at this time.

Plaintiffs' counsel and counsel for the other Defendants have been consulted, and they do not oppose the undersigned's request to be relieved.

Florence, South Carolina

October 7, 2009

TURNER, PADGET, GRAHAM & LANEY, P. A.

BY:  /s/ Julie J. Moose
Julie J. Moose
Federal ID Number: 5025
1831 West Evans Street
Fourth Floor
Post Office Box 5478
Florence, South Carolina 29502-5478
(843) 656-4418
(843) 413-5824 (fax)

ATTORNEYS FOR DEFENDANTS
KEVIN C. SNOW AND ERIC C. GIBSON

2