IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Pacific Capro Industries d/b/a Capro Industries, | ) Civil Action No. 4:08-CV-04155-RBH ) ) |
| Plaintiff, | ) ) |
| vs. | ) ORDER SUBSTITUTING COUNSEL ) |
| Global Advantage Distribution Warehouse, LLC, d/b/a Global Advantage Distribution Warehouse, Inc., Global Advantage Holding, LLC, Matthew J. Crawley, Kevin C. Snow, and Eric C. Gibson, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

      This matter comes before me on motion of Turner Padget Graham & Laney ("counsel") as counsel for defendants Kevin C. Snow and Eric C. Gibson in this matter. Counsel and defendants Snow and Gibson have reached an irreconcilable impasse as to their attorney-client relations, and these defendants have located substitute representation. Attorney Brown W. Johnson of Clarke, Johnson, Peterson & McLean, P.A. has agreed to be substituted as counsel for defendant Snow and Gibson. It appears the relief sought should be granted, and it is

      ORDERED, Turner, Padget, Graham & Laney, P.A. is hereby relieved

1

as counsel for defendants Kevin C. Snow and Eric C. Gibson, and Clarke, Johnson, Peterson & McLean, P.A. is substituted as counsel for said defendants.

    AND IT IS SO ORDERED.

              s/Thomas E. Rogers, III
              THOMAS E. ROGERS, III
              U.S. MAGISTRATE JUDGE

October 23, 2009

I SO MOVE:

 s/Julie J. Moose
JULIE J. MOOSE


I CONSENT:

CLARKE, JOHNSON, PETERSON & MCLEAN, P.A.


 s/Brown W. Johnson
BROWN W. JOHNSON